UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :       MISDEMEANOR
                                  :       INFORMATION
        - v. -                    :
                                  :       18 Cr. ____
JOEL H. MINGO LAMAR,              :
                                  :       **18 CRIM 107**
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

(Bank Larceny)

The United States Attorney charges:

1. From at least in or about November 2015 up to and including in about February 2017, in the Southern District of New York, JOEL H. MINGO LAMAR, the defendant, did knowingly take and carry away, with intent to steal or purloin, property and money not exceeding $1,000 in value, belonging to, and in the care, custody, control, management and possession of, a bank, to wit, LAMAR deposited checks payable to others into bank accounts controlled by LAMAR at financial institutions, without the knowledge or consent of the checks' payees.

(Title 18, United States Code, Section 2113(b).)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney