**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 9, 2018

BY ECF

The Honorable Stewart D. Aaron
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   United States v. Mingo-Lamar
      18 Cr 107

Dear Judge Aaron:

I, Ian H. Marcus Amelkin, Esq, an attorney with the Federal of New York, Inc. appointed to represent Mr. Joel Mingo-Lamar, declare under penalty of perjury the following:

1. I am an attorney with the Federal Defenders of New York, Inc. and I was appointed on October 12, 2017 to represent Mr. Joel Mingo-Lamar in this action.

2. The statements contained in this Letter are based on information and belief, conversations with Mr. Mingo-Lamar, his wife Jeneli Lopez, and my review of the pre-trial financial declaration prepared by Mr. Mingo-Lamar's pre-trial officer on October 12, 2017.

3. Mr. Mingo-Lamar is 35 years old and has an eighth grade education. Prior to his arrest in October 2017, he worked as a self-employed painter.

The Honorable Stewart D. Aaron
United States Magistrate Judge
<u>United States v. Mingo Lamar</u>, 18 CR 107

4. At the time of his arrest, Mr. Mingo-Lamar had monthly debts and responsibilities that were greater than his reported assets of $150.

5. Mr. Mingo-Lamar has not worked in the past six months while this case was pending, and has been detained by Immigration and Customs Enforcement. During his time detained, he has earned no income.

6. Mr. Mingo-Lamar's wife, Jeneli Lopez, works as a security guard where she earns $17.40 an hour. She works 40 hours a week.

7. Mr. Mingo-Lamar has two children, who are eight and 10 years old.

8. Ms. Lopez has three children who are two, six, and 11 years old.

9. From my review of the evidence in this case, Mr. Mingo-Lamar is indigent and is unable to pay a fine or restitution.

Very Truly Yours,

/s/ [signature]

Ian H. Marcus Amelkin
Assistant Federal Defender
Tel.: (212) 417-8733